**Order entered August 2, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00781-CV

## IN RE ANDREW PHILLIP KIRK AND ROBYN LUCILLE CURTIS, Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04698**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Before the Court is relators' petition for writ of mandamus. We request that the real

parties in interest and respondent file their responses, if any, to the petition **by August 16, 2019**.

/s/     BILL WHITEHILL
JUSTICE